THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOSEPH COLAGNA, Appellant.

*Appeal — failure to file return.*

People v. *Colagna*, 201 App. Div. 888, appeal dismissed.
(Submitted January 22, 1923; decided January 30, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1922, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

The motion was made upon the ground of failure to file the required return.

*Joab H. Banton, District Attorney,* for motion.

No one opposed.

Motion granted.

---

PHILLIPS-JONES COMPANY, INC., Appellant, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.

*Contract — fidelity bonds — defense of breach of warranty in action upon fidelity bond.*

*Phillips-Jones Co., Inc.,* v. *Fidelity & Deposit Co.,* 200 App. Div. 629, affirmed.

(Argued January 17, 1923; decided February 2, 1923.)

APPEAL from a judgment, entered April 19, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover upon a fidelity bond insuring the plaintiff against larceny or embezzlement by an employee. The defense was violation of certain warranties contained in the application of the bond in that plaintiff failed to require of its employee weekly or monthly statements and weekly remittances of money and failed to make required examinations of his books.

*Benjamin Reass, Hugo Hirsh* and *Emanuel Newman* for appellant.

*Eli J. Blair* and *Livingston Platt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

BOOTH & FLINN, LTD., Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Contract — action to recover cost of construction of underground magazines required in performance of contract for construction of portion of aqueduct under New York city.*

*Booth & Flinn, Ltd.,* v. *City of New York,* 201 App. Div. 836, affirmed. (Argued January 17, 1923; decided February 2, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1922, unanimously affirming a judgment in favor of defendant entered upon a verdict directed by the court. Plaintiff's predecessor in interest, the Pittsburg Contracting Company, was contractor with the board of water supply, acting for the city of New York, for the construction of a portion of the Catskill aqueduct running from University avenue in the borough of The Bronx to Eighth avenue and Ninety-ninth street in the borough of Manhattan. This action was brought to recover the price of building certain underground magazines required to store dynamite used in the prosecution of the work. The question was whether the work of constructing these underground magazines was incidental to the work of constructing the tunnel, or whether it was part of the construction work itself, which should be measured and paid for just as any other tunnel excavation.

*Edward M. Grout* and *Dean Potter* for appellant.

*John P. O'Brien, Corporation Counsel (John F. O'Brien* and *Elliot S. Benedict* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.